**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Ramon R. OBOD, Respondent.**

**No. 646 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 27, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of February, 2003, on certification by the Disciplinary Board that the respondent, RAMON R. OBOD, who was suspended by Order of this Court dated January 31, 2003, for a period of one year retroactive to March 19, 2001, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, RAMON R. OBOD is hereby reinstated to active status, effective immediately.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Philip C. URSU, Respondent.**

**No. 814 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 11, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of February, 2003, there having been filed with this Court by Philip C. Ursu his verified Statement of Resignation dated November 15, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Philip C. Ursu be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice LAMB did not participate in this matter.